UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. KENDRAL HARRISON, Mag. No. 12-7129

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum             ( ) Ad Testificandum

1. KENDRAL HARRISON, SBI # 761543C (hereinafter the "Detainee") is now confined at the ESSEX COUNTY JAIL

2. The Detainee is

    charged in this District by: ( ) Indictment    ( ) Information    (X) Complaint with a violation of 18 United States Code Section 2119 and Section (2)

3. The Detainee will

    return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the United States Attorney's Office Court in **Newark**, New Jersey, Federal Building, on Thursday, September 13, 2012, at 10:00 a.m., for a Discovery Conference in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 10, 2012

                                              JAMES DONNELLY
                                              Assistant U.S. Attorney
                                              Petitioner

## ORDER

Let the Writ Issue.

DATED: 9/11/12

_____
Hon. Cathy L. Waldor, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the ESSEX COUNTY JAIL

WE COMMAND YOU that you have the body of

KENDRAL HARRISON, SBI #761543C

now confined at the Essex County Jail, United States Attorney's Office at the Federal Building in *Newark*, on Thursday, September 13, at 10:00 a.m., so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Cathy L. Waldor
United States Magistrate Judge
Newark, New Jersey

DATED: 9/11/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk