UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. vs. Kendral Harrison, Mag. No. 12-7129

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. KENDRAL HARRISON, DOB:          SBI#: 0700288904, is now confined to Essex County Jail.

2. KENDRAL HARRISON, DOB:          SBI#: 0700288904 will be required at the United States District Court in Newark, New Jersey for a Plea Hearing before Honorable Dennis M. Cavanaugh, U.S. District Judge, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: July 15, 2013
Newark, NJ

James M. Donnelly, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 15 July 2013

Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Essex County Jail
WE COMMAND YOU that you have the body of

KENDRAL HARRISON, DOB:          SBI#: 0700288904

now confined at the Essex County Jail, brought to the United States District Court, on ~~Tuesday~~ **Wednesday**, July ~~16~~ **17**, 2013, at ~~9:30 a.m.~~ **10:00 AM**, for a Plea Hearing before Honorable Dennis M. Cavanaugh, U.S. District Judge.

[handwritten margin: WEDNESDAY JULY 17 SPC.]

WITNESS the Hon. Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey

DATED: 15 July 2013

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk